┌─────────────────────────────────────────────────────────────────┐
│                **NOT FOR PUBLICATION WITHOUT THE**                │
│              **APPROVAL OF THE APPELLATE DIVISION**               │
│                                                                   │
│  This opinion shall not "constitute precedent or be binding upon any court." Although it is posted on the │
│  internet, this opinion is binding only on the parties in the case and its use in other cases is limited. R. 1:36-3. │
└─────────────────────────────────────────────────────────────────┘

SUPERIOR COURT OF NEW JERSEY
APPELLATE DIVISION
DOCKET NO. A-0555-17T3

P.G.,

    Petitioner-Appellant,

v.

DIVISION OF MEDICAL ASSISTANCE
AND HEALTH SERVICES,

    Respondent-Respondent.

_____

Submitted January 22, 2019 – Decided January 30, 2019

Before Judges Gooden Brown and Rose.

On appeal from the New Jersey Department of Human Services, Division of Medical Assistance and Health Services.

Central Jersey Legal Services, Inc., attorneys for appellant (Gwen E. Orlowski, on the briefs).

Gurbir S. Grewal, Attorney General, attorney for respondent (Melissa H. Raksa, Assistant Attorney General, of counsel; Stephen J. Slocum, Deputy Attorney General, on the brief).

PER CURIAM

The parties to the appeal have settled the issues between them. In accordance with the stipulation they have filed, the appeal is dismissed with prejudice and without costs.

Dismissed.

I hereby certify that the foregoing
is a true copy of the original on
file in my office.

CLERK OF THE APPELLATE DIVISION